AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMENIQUE DEQUON HINES | ) | Case No. |
| | ) | 20-mj-4300-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  on or about 10-28-20 to 11-06-20  in the county of  Norfolk  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production /Attempted Production of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Lisa Crandall.

☑ Continued on the attached sheet.

*Complainant's signature*

Lisa Crandall, Special Agent, FBI
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~  By telephone pursuant to Fed. R. Crim. P. 4.1.

Date: 12/01/2020

*Judge's signature*

City and state: Boston, MA     Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

-