**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI |
| **City** Plainville | **Related Case Information:** | | |
| **County** Norfolk | Superseding Ind./ Inf. | Case No. | |
| | Same Defendant | New Defendant | |
| | Magistrate Judge Case Number | 20-mj-4300-DHH | |
| | Search Warrant Case Number | 20-mj-4295 and 4296-DHH | |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: DOMENIQUE DEQUON HINES   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Crystal Lake, IL

Birth date (Yr only): 1997   SSN (last4#): 1760   Sex: M   Race: ___   Nationality: ___

**Defense Counsel if known:** ___   Address: ___

**Bar Number:** ___

**U.S. Attorney Information:**

AUSA: Suzanne Sullivan Jacobus   Bar Number if applicable: 565071

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/01/2020   Signature of AUSA:   /s/ Suzanne Sullivan Jacobus

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   DOMENIQUE DEQUON HINES

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production/Attempted Production of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____