≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II**   Investigating Agency **FBI**
City: **Plainville**
County: **Norfolk**

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number: **20-mj-4300-DHH**
Search Warrant Case Number: **20-mj-4295-4299-DHH**
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: **DOMENIQUE DEQUON HINES**   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: (City & State) **Crystal Lake, IL**
Birth date (Yr only): **1997**   SSN (last4#): **1760**   Sex **M**   Race: _____   Nationality: _____

Defense Counsel if known: **James Cipoletta**   Address: **385 Broadway**
Bar Number: _____   **Revere, MA 02151**

## U.S. Attorney Information:

AUSA: **Suzanne Sullivan Jacobus**   Bar Number if applicable: **565071**

Interpreter: ☐ Yes ☑ No   List language and/or dialect: **English**

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

## Location Status:

Arrest Date: **12/03/2020**

☑ Already in Federal Custody as of **12/03/2020** in **Plymouth Correctional Facility**
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment
Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **1/12/2021**   Signature of AUSA: *Suzanne Sulli Jacobus*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   DOMENIQUE DEQUON HINES

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC s. 2251(a) and (e) | Production/Attempted Production of Child Pornography | 1 |
| Set 2 | 18 USC s. 2253 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____