AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMENIQUE DEQUON HINES | ) | Case No. 20-mj-4300-DHH |
| | ) | |
| *Defendant(s)* | ) | |

**EXHIBIT 01-06-2021**
**1**
20-mj-04300-DHH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **on or about 10-28-20 to 11-06-20** in the county of **Norfolk** in the **_____** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production /Attempted Production of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Lisa Crandall.

☑ Continued on the attached sheet.

*Complainant's signature*

Lisa Crandall, Special Agent, FBI
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ By telephone pursuant to Fed. R. Crim. P. 4.1.

Date: 12/01/2020

*Judge's signature*

City and state: Boston, MA    Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF SPECIAL AGENT LISA A. CRANDALL
# IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT
# AND ARREST WARRANT

## INTRODUCTION

I, Lisa A. Crandall, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since June 2010 and I am currently assigned to the Boston Division, Lakeville Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to, among other things, the online sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C § 2256) in different forms of media including computer media.

2. This affidavit is submitted in support of a criminal complaint charging DOMENIQUE DEQUON HINES ("Hines"), year of birth 1997, of Crystal Lake, Illinois, with a violation of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of children, and attempt).

3. The statements contained in this affidavit are based in part on information provided by FBI Special Agents and other law enforcement officials; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent with the FBI. Because this affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

1

Instead, I have set forth only the facts that I believe are necessary to establish probable cause.

## STATEMENT OF PROBABLE CAUSE

4. On Friday November 6, 2020, a local police department ("PD") notified FBI Boston, Lakeville Resident Agency, that it had received information from parents of a 14-year-old minor female (hereinafter, "Minor A"), who discovered that their minor daughter had exchanged text messages that contained sexually explicit dialogue and photos with a 23-year-old male who apparently lived out of state. The parents identified the phone number used by the male party as (XXX) XXX-3688[1] and provided police with a USB drive containing messages exchanged between Minor A and the adult male, which the parents had retrieved from their family iCloud account.[2]

5. Subsequent investigation revealed that Hines and Minor A initially met and conversed on Instagram.[3] Thereafter, Hines asked for Minor A's telephone number. The two exchanged phone numbers and began communicating via iMessage.[4] It also appears that Hines created a joint Instagram account for Hines and Minor A and that the two attempted to communicate at other times via Instagram. I have reviewed the iMessages provided by Minor A's parents, which begin on October 28, 2020, at approximately 10:20am and end on November 6, 2020. A review of the iMessages revealed that Hines provided his month and date of birth to Minor A and informed Minor A that he is 23 years old and Minor A

---

[1] Based on the information that follows, there is probable cause to believe that the user of this phone number is Hines. For ease of reference, the undersigned will refer to that user as Hines herein. Additionally, I am aware of the full phone number but it is redacted herein.

[2] iCloud is a cloud storage and cloud computing service offered by Apple Inc.

[3] Instagram is a free photo and video sharing social networking service application available on iPhone and Android where people can upload photographs or videos and share them with their followers or with a select group of friends.

[4] iMessage allows users of Apple devices to exchange instant messages ("iMessages") containing text, photos, videos, locations, and contacts.

2

ultimately confirmed that she is 14 years old. Minor A told Hines that she was 14 years old prior to Hines requesting any sexual images from Minor A. Via iMessage, Hines sent a profile picture of himself to Minor A and Minor A sent a profile picture of herself to Hines.[5] Thereafter, at Hines request, Minor A took sexually explicit photos of herself, including a close-up photograph of her vagina, and sent them to Hines, by iMessaging the photos to phone number (XXX) XXX-3688.[6] At Hines request, Minor A also took other naked photos and videos of herself and sent them to Hines at that same phone number. Additionally, on November 1, 2020, via iMessage, Hines provided Minor A with his month and date of birth as April 8th, which I have confirmed is the same month and date of birth as Hines.

6. On October 28, 2020, Hines sends a picture of an adult male's face to Minor A. In response, Minor A asks Hines how he found her "insta acc???"[7] Hines then asks Minor A the following: "Can I be your daddy?" Minor A accepts and states that she previously lied about being 15 years old and states that she is only 14.[8] Hines replies by iMessaging the following: "Okay and you're fine with me being 23?" Minor A states that she does not really care about age differences but that she was more worried about Hines being okay with her being 14. Hines then states, "It's not the age it's the person behind the age. I like who you are. Yes the age makes me more hesitant but".

7. During the iMessage communications with Minor A, Hines asks Minor A if both of Minor A's parents work. Minor A states that her mom does not, to which Hines replies, "Then

---

[5] I have reviewed three photographs that Hines sent to Minor A via iMessages and believe that they depict the same individual depicted in the photograph maintained by the Illinois Sexual Offender Registry for Hines.
[6] Through my training and experience, I am aware that a mobile telephone carrier is a facility or means of interstate commerce.
[7] Based on my training and experience, I believe that Minor A was referring to her Instagram account.
[8] During an interview on November 23, 2020, Minor A related that she may have told Hines she was 16 years old, and thereafter told him she was 15 and then told him that she was 14.

3

I'd have to pick you up and take you back to the hotel." Minor A responds, "Yea I guess so," to which Hines states, "You'd be okay with that?" Hines later tell her, "Send me more pictures of you." The two talk more before Hines asks, "You really want me to come see you?" Hines also asks Minor A where in Massachusetts she lives.[9]

8. During iMessage exchanges between the two on October 29, 2020, Hines asks Minor A the following: "how come you never call me daddy?." Minor A responds that she is shy but that she will call him that more often. Another iMessage from Hines to Minor A on that day reads as follows: "Is it bad I've been thinking about what you look like doing the splits naked?"

9. In another iMessage after 11:31 pm on that day, Hines indicates he wants to "ft", which in my training and experience, I believe to mean Facetime, with Minor A.[10] The two continue communicating via iMessage and Hines talks about needing to be there (Massachusetts) now and sneaking her (Minor A) out. On October 30, 2020, Hines asks for a picture of Minor A and tells her "You're so cute lol" and "I like to look at your face." Hines talks about getting married and tells her that once she is 16 they don't have to hide their relationship "because that's the age of sexual consent in your state." Hines later states, "Good baby I want you to touch yourself where no one can see."

10. Hines also asks for a picture of Minor A's "kitten parts." Minor A asks if she can send it over Snap so it won't stay in the chat.[11] Hines states that he wants to look at the picture while he plays with himself. Minor A then sends Hines a close-up photograph of a

---

[9] In messages on November 1, 2020, Hines asks Minor A for her address and she provides it.
[10] Facetime allows Apple users to communicate with one another through video or audio calls.
[11] Based on my training and experience, I believe that "Snap" is a shorthand term for Snapchat. Snapchat is a multimedia messaging app. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipient.

4

pubescent female's vagina with the legs spread apart, and the bottom portion of a sweatshirt, located above the vagina, is observed in the picture.[12] The female's face is not visible in that picture.[13] Hines responds, "You have the prettiest kitten parts daddy has ever seen."

11. In subsequent exchanges, Hines requests that Minor A send other images and videos of herself and she complies. For example, on October 31, 2020, Minor A took photographs of herself using her iPhone and sent them to Hines. Via iMessages, Hines tells Minor A that he wants to see her naked and specifically that he wants to see her full body with her face. Minor A complied and took a full frontal body photograph of herself standing in front of a mirror exposing her vagina and sent it to Hines. After an image is produced, Hines requests another by asking Minor A via iMessage the following: "Can you turn around bend over for daddy?" Minor A complied by taking a photograph of herself naked and turned around with her back facing the camera and is bent over exposing her vagina, buttocks and anus.[14] She then texted that photograph to Hines at Hines' request.[15]

---

[12] To avoid unnecessary in-person interaction given the health concerns posed by the current COVID-19 pandemic, I am not providing a copy of this image to the Court. I am aware that the "preferred practice" in the First Circuit is that a Magistrate Judge view an image that agents believe constitutes child pornography by virtue of its depiction of the lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 18-19 (1st Cir. 2001). Here, however, the description offered "conveys to the Magistrate Judge more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F. 3d 255, 261 (1st Cir. 2014) (distinguishing Brunette). Additionally, 14 year old Minor A has confirmed that she is the individual depicted in the images that depict her genitals. *See United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice is for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images *or provide a sufficiently specific description of the images* to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added). Therefore, the Court need not view the image described herein to find that it depicts child pornography.
[13] During an interview on November 23, 2020, Minor A identified that she took that photo of herself and sent it to Hines at his request.
[14] During an interview on November 23, 2020, Minor A identified those photos as ones depicting her which she took and sent to Hines at his request.
[15] A forensic exam of Minor A's iPhone was conducted by the FBI. Among other items, the two images described above, namely, a full frontal body photograph of Minor A standing in front of a mirror exposing her vagina and a photograph Minor A naked and turned around with her back facing the camera and is bent over exposing her vagina,

5

12. During iMessage communication with Minor A, Hines tells Minor A that if her parents ever try to take her phone, then she should immediately delete all of their texts. Hines also tells Minor A that he is falling for her, that he loves her, that he does not want her to talk to anyone else online that she does not know in person, and to "Do exactly what you are told."

13. In the course of the iMessaging with Minor A, Hines asks Minor A how often she plays with her kitten parts and tells her that he does not think he will fit inside her. Hines states that sex hurts the first time and that he will be gentle the first time.

14. A forensic interview of Minor A was conducted on November 23, 2020. Minor A identified Hines by his name, DeQuon Hines, and also identified Hines' number as being saved on her iPhone under the contact name "Daddy." Within Minor A's iPhone, the phone number (XXX) XXX-3688 is saved under the name "Daddy" (surrounded by two emojis on each side, including one heart on each side). Minor A also related that the individual she saw on Facetime was the man saved in her contacts under the name "Daddy." Minor A also identified Hines by photograph. The user of (XXX) XXX-3688 also told Minor A that his name was Dequon Hines and that he was located in Illinois or somewhere near there.

15. During the interview, Minor A related she sent approximately four sexual images of herself to Hines by telephone upon Hines' request.

16. Minor A related that, in addition to the pictures described above, she also sent two videos of herself to Hines. One of the videos depicts Minor A undressing and the other depicts

---

buttocks and anus, were located on Minor A's iPhone with creation dates and times of October 31, 2020 at 6:56 pm and 6:59 pm respectively.

6

Minor A naked in the shower. Minor A used her iPhone to take all of the images and videos of herself and sent them to Hines at Hines' request.

17. Minor A indicated that Hines told her that if anything happened to delete the messages from her phone for safety. Minor A related she believed he was referring to law enforcement observing the messages due to their age difference, and indicated that she did, in fact, delete some of the images and messages exchanged with Hines and related that she deleted them because she wanted to and because she did not want to see those images of herself.

18. On November 17, 2020, FBI initiated a forensic review of Minor A's iPhone 8 ("iPhone"). Telephone number (XXX) XXX-3688 was saved in Minor A's iPhone as "Daddy." A review of Minor A's iPhone revealed that iMessages were exchanged between Minor A and Hines from October 28, 2020, at approximately 10:27:47 am to November 6, 2020, at approximately 8:04:51 pm.

19. A review of Minor A's iPhone also revealed that between October 28, 2020, and November 6, 2020, there were approximately 30 voice and video calls exchanged between Minor A and Hines and that Hines initiated all but two. There were also four missed calls from Hines on November 6, 2020.

### Identification of Hines

20. On November 6, 2020, law enforcement subpoenaed information from Verizon Wireless requesting subscriber information for telephone number (XXX) XXX-3688. Information received from Verizon Wireless identified the subscriber as Domenique Hines with an address in Crystal Lake, IL.[16]

---

[16] Additionally, the investigation determined that sometime during the time period of September 2020 to the present, Hines provided this address, including an apartment number, to local authorities in Illinois.

21. Open source database checks further identified an individual named Domenique DeQuon Hines, date of birth xx/xx/1997, SSN xxx-xx-1760, associated with a different address in Crystal Lake, Illinois.

22. I have reviewed the criminal record for the Domenique DeQuon Hines with those identifiers, as well as a certified copy of the docket sheet for case number 17CF001310, which show(s) that he has been convicted of a felony of Child Pornography/Solicitation of a Child on or about June 8, 2018 out of McHenry County Circuit Court, Woodstock Illinois. Hines was sentenced to four years imprisonment in that case. I have received information from Illinois State Correctional Records Department that Hines was released on parole in that case on or about September 20, 2019 and that Hines completed his term of parole on or about September 21, 2020. A photograph of Hines was also obtained from the Crystal Lakes Police Department Sex Offender Registry. The individual depicted in the photograph appears to be the same individual depicted in three images sent via iMessage by Hines to Minor A.

## CONCLUSION

23. Based on the foregoing, I respectfully submit there is probable cause to believe that from on or about October 28, 2020, to on or about November 6, 2020, Domenique DeQuon Hines did employ, use, persuade, induce, entice, or coerce a minor, "Minor A" (YOB 2006), to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was

actually transported and transmitted using any facility of, and in an affecting, interstate and foreign commerce, and attempted to do so, in violation of 18 U.S.C. §§ 2251(a) and (e).

Sworn to under the pains and penalties of perjury,

*Lisa L. Crandall/DHH*
Special Agent Lisa A. Crandall
Federal Bureau of Investigation

Subscribed and sworn to me telephonically in accordance with Fed. R. Crim. P.4.1 on December 1, 2020. 6:24 p.m.

*David H. Hennessy*
DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

9