```
                ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                           REMOTE CSID        DURATION   PAGES   STATUS
November 23, 2020 at 2:08:49 PM CST                        29         1       Received
11/23/2020  16:11                                FBI LAKEVILLE MA                    PAGE  01/01
```



U.S. Department of Justice

Federal Bureau of Investigation

File No.

30 Riverside Drive
Lakeville, MA 02347

RECEIVED
NOV 2 3 2020
KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

November 23, 2020

McHentry County 22nd Judicial Circuit Court
Fax (815)334-2059

This is a request to obtain a certified copy of criminal docket 17CF001310, PEOPLE V. HINES, DOMENIQUE, D. Thank you for your assistance.

We appreciate your cooperation in this matter. If you have any questions, please contact Special Agent (SA) Lisa A. Crandall, FBI Boston, Lakeville RA at ▓▓▓▓ or ▓▓▓▓ fax ▓▓▓▓.

Sincerely,

Joseph Bonavolonta
Special Agent in Charge

By:

Supervisory Special Agent

**EXHIBIT**
**01-06-2021**
**2**
20-mj-04300-DHH

# McHenry County Clerk of the Circuit Court
2200 N. Seminary Avenue
Woodstock, Illinois 60098
(815) 334-4190

## Statement of Charge & Disposition for Case Number 17CF001310

17CF001310          PEOPLE VS. HINES, DOMENIQUE D

Defendant: DOMENIQUE D HINES
Defendant's Date of Birth: 
Driver's License No.: XXXXXXXX7101     State: IL
Case Closed: 06/08/2018     ** JUDGMENT - CONVICTION

| Charge Description | Chapter/Section | Offense Date | Disposition Date | Disposition |
|---|---|---|---|---|
| CHILD PORN/SOL CHILD/MOV DPTN | 720-5/11-20.1(A)(4) | 08/11/2017 | 06/08/2018 | NOLLE PROSSED |
| Charge Class: X | CLASS X FELONY | | | |
| Ticket Number: | Accident: NO ACCIDENT | | Plea: NOT GUILTY | |
| | | | | |
| CHILD PORN/SOL CHILD/PHOTO | 720-5/11-20.1(A)(4) | 08/11/2017 | 06/08/2018 | JUDGMENT - CONVICTION |
| Charge Class: 1 | CLASS 1 FELONY | | | |
| Ticket Number: | Accident: NO ACCIDENT | | Plea: GUILTY - NEGOTIATED | |
| Sentence  COSTS | | 3,274.00 | | 06/08/2018 |
| Sentence  DEPARTMENT OF CORRECTIONS | | 4.00 YEAR(S) | | 06/08/2018 |
| | | | | |
| CHILD PORN/POSS/MOVING DPTN | 720-5/11-20.1(A)(6) | 08/11/2017 | 01/11/2018 | DISMISSED - SUPERCEDED BY IND/INF |
| Charge Class: 2 | CLASS 2 FELONY | | | |
| Ticket Number: | Accident: NO ACCIDENT | | Plea: NO PLEA ENTERED | |
| | | | | |
| GROOMING | 720-5/11-25(A) | 08/11/2017 | 06/08/2018 | NOLLE PROSSED |
| Charge Class: 4 | CLASS 4 FELONY | | | |
| Ticket Number: | Accident: NO ACCIDENT | | Plea: NOT GUILTY | |
| | | | | |
| INDECENT SOL/AGG CRIM SEX AB | 720-5/11-6(A) | 08/23/2017 | 06/08/2018 | NOLLE PROSSED |
| Charge Class: 3 | CLASS 3 FELONY | | | |
| Ticket Number: | Accident: NO ACCIDENT | | Plea: NOT GUILTY | |
| | | | | |
| CHIL PORN/PHOTO/VIC <13/PRI | 720-5/11-20.1(A)(6) | 08/11/2017 | 06/08/2018 | NOLLE PROSSED |
| Charge Class: 1 | CLASS 1 FELONY | | | |
| Ticket Number: | Accident: | | Plea: NOT GUILTY | |

# McHenry County Clerk of the Circuit Court
2200 N. Seminary Avenue
Woodstock, Illinois 60098
(815) 334-4190

### Statement of Charge & Disposition for Case Number 17CF001310

17CF001310        PEOPLE VS. HINES, DOMENIQUE D

Defendant: DOMENIQUE D HINES
Defendant's Date of Birth:
Driver's License No.: XXXXXXXX7101        State: IL
Case Closed: 06/08/2018        ** JUDGMENT - CONVICTION

Municipality:    CRYSTAL LAKE

I hereby certify the above to be a
true and correct copy of the
original court record.

DATED        11/24/2020

*Katherine M. Keefe*

Clerk of the Circuit Court of the 22nd Judicial Circuit
McHenry County, Illinois

11/24/2020  Page 1 of 4
10:49:22AM

# DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 17CF001310 | PEOPLE VS. HINES, DOMENIQUE D | 12/19/2017 DCN: L74530604 | CLOSED |

## Charges

| Charge Description | Chapter/Section | Offense Date | Ticket No. | Disposition |
|---|---|---|---|---|
| CHILD PORN/SOL CHILD/MOV DPTN | 720-5/11-20.1(A)(4) | 08/11/2017 | | NOLLE PROSSED |
| CHILD PORN/SOL CHILD/PHOTO | 720-5/11-20.1(A)(4) | 08/11/2017 | | JUDGMENT - CONVICTION |
| Sentence: 06/08/2018  $3,274.00 AMOUNT  COSTS | | | | |
| Sentence: 06/08/2018  4 YEAR(S)  DEPARTMENT OF CORRECTIONS | | | | |
| CHILD PORN/POSS/MOVING DPTN | 720-5/11-20.1(A)(6) | 08/11/2017 | | DISMISSED - SUPERCEDED BY IND/INF |
| GROOMING | 720-5/11-25(A) | | | NOLLE PROSSED |
| INDECENT SOL/AGG CRIM SEX AB | 720-5/11-6(A) | 08/23/2017 | | NOLLE PROSSED |
| CHIL PORN/PHOTO/VIC <13/PRI | 720-5/11-20.1(A)(6) | 08/11/2017 | | NOLLE PROSSED |

Municipality: CRYSTAL LAKE

## Future Scheduled Dates

## Related Cases

## Parties

| | | |
|---|---|---|
| ARRESTING OFFICER | CRYSTAL LAKE POLICE DEPT | No: 055163 |
| ATTORNEY FOR DEFENDANT | KRV LEGAL INC | |
| ATTORNEY FOR PLAINTIFF | MCHENRY COUNTY STATES ATTORNEY | |
| DEFENDANT | HINES, DOMENIQUE D | |
| PREVIOUS ATTORNEY - DEFENDANT | MICHLING PLAZA & ASSOCIATES | |

11/24/2020  
10:49:22AM

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 17CF001310 | PEOPLE VS. HINES, DOMENIQUE D | 12/19/2017 DCN: L74530604 | CLOSED |

**Papers Filed**

| Date | Filing |
|---|---|
| 12/19/2017 | COMPLAINT |
| 12/20/2017 | WARRANT - SERVED |
| 12/20/2017 | ORDER - FIREARMS SURRENDER/NO CONTACT ORDER |
| 12/29/2017 | ORDER |
| 12/29/2017 | APPEARANCE |
| 01/03/2018 | PROOF - SERVICE |
| 01/11/2018 | INDICTMENT |
| 01/11/2018 | ORDER |
| 01/12/2018 | ORDER |
| 01/12/2018 | ORDER - RECIPROCAL |
| 01/12/2018 | MOTION/PETITION - PROTECTIVE ORDER |
| 01/12/2018 | ORDER - PROTECTIVE |
| 01/23/2018 | ORDER |
| 01/25/2018 | ANSWER - STATES TO DISCOVERY |
| 01/25/2018 | ANSWER - SUPPLEMENTAL TO DISCOVERY |
| 01/31/2018 | ANSWER - SUPPLEMENTAL TO DISCOVERY |
| 02/27/2018 | ORDER |
| 02/28/2018 | ANSWER - SUPPLEMENTAL TO DISCOVERY |
| 03/28/2018 | NOTICE - FILING |
| 03/28/2018 | APPEARANCE |
| 03/28/2018 | MOTION - DISCOVERY |
| 03/29/2018 | ORDER |
| 04/06/2018 | ORDER |
| 04/16/2018 | ORDER |
| 04/30/2018 | ORDER |
| 05/07/2018 | ORDER |
| 05/10/2018 | ORDER |
| 05/17/2018 | ORDER |
| 05/24/2018 | ORDER |
| 06/04/2018 | ORDER |
| 06/08/2018 | WAIVER - TRIAL |
| 06/08/2018 | ORDER - JUDGMENT |
| 06/08/2018 | ORDER |
| 06/08/2018 | ORDER |
| 06/08/2018 | ORDER - SUPPLEMENTAL SENTENCING |
| 06/08/2018 | ORDER |
| 06/13/2018 | ORDER |

11/24/2020  
10:49:22AM  

Page 3 of 4

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 17CF001310 | PEOPLE VS. HINES, DOMENIQUE D | 12/19/2017<br>DCN: L74530604 | CLOSED |

### Assessments

| Assessment Date | Description | Amount | Paid To Date | Balance Due |
|---|---|---|---|---|
| 06/08/2018 | COURT AUTOMATION FEE | $15.00 | $0.00 | $15.00 |
| 06/08/2018 | COURT FEE/FINE | $50.00 | $0.00 | $50.00 |
| 06/08/2018 | STATES ATTORNEY FEE | $30.00 | $0.00 | $30.00 |
| 12/20/2017 | SHERIFF FEE | $24.00 | $0.00 | $24.00 |
| 06/08/2018 | VIOLENT CRIME VICTIMS ASSISTANCE FUND | $100.00 | $0.00 | $100.00 |
| 06/08/2018 | COURT DOCUMENT STORAGE FEE | $15.00 | $0.00 | $15.00 |
| 06/08/2018 | CIRCUIT CLERK FEE | $100.00 | $0.00 | $100.00 |
| 06/08/2018 | COURT SECURITY FEE | $25.00 | $0.00 | $25.00 |
| 06/08/2018 | FINE-MCHENRY COUNTY | $2,000.00 | $0.00 | $740.00 |
| 06/08/2018 | CHILD ADVOCACY CENTER FINE | $13.00 | $0.00 | $13.00 |
| 06/08/2018 | MENTAL HEALTH COURT FINE | $10.00 | $0.00 | $10.00 |
| 06/08/2018 | JUVENILE EXPUNGEMENT FINE | $30.00 | $0.00 | $0.00 |
| 06/08/2018 | DRUG COURT FINE | $5.00 | $0.00 | $5.00 |
| 06/08/2018 | STATE POLICE OPERATIONS ASSISTANCE FIN | $15.00 | $0.00 | $0.00 |
| 06/08/2018 | STATES ATTORNEY AUTOMATION FEE | $2.00 | $0.00 | $2.00 |
| 09/09/2018 | CIRCUIT CLERK COLLECTION INTEREST | $295.35 | $0.00 | $295.35 |
| 06/08/2018 | TRAFFIC/CRIMINAL CONVICTION SURCHARGE | $840.00 | $0.00 | $840.00 |

### Payments

| Payment Date | Description | Amount |
|---|---|---|

No payments associated with this case.

### Court Events

| Date | Location | Judge | Reporter |
|---|---|---|---|
| 12/20/2017 | JAIL | WILBRANDT, ROBERT A | |

Reason: RIGHTS  
Result: EXPLAINED - RIGHTS  

| 12/29/2017 | 303 | WILBRANDT, ROBERT A | STACEY COLLINS |

Reason: SET - DATE FOR PRELIMINARY HEARING  
Result: SET - DATE FOR PRELIMINARY HEARING  

| 01/11/2018 | GJ | BERG, JOEL D | STATES ATTORNEY COURT REPORTER |

Reason: GRAND JURY  
Result: SET - BOND  

| 01/12/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |

Reason: ARRAIGNMENT  
Result: ENTERED - PROTECTIVE ORDER  

| 01/12/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |

Reason: ARRAIGNMENT  
Result: DEMAND - JURY  

| 01/23/2018 | 304 | PRATHER, SHARON L. | SALLY MILLER |

Reason: STATUS - TRIAL DATE  
Result: CONTINUED - DEFENDANTS MOTION  

| 02/27/2018 | 304 | PRATHER, SHARON L. | JUDY CARLSON |

Reason: STATUS - TRIAL DATE  
Result: CONTINUED - DEFENDANTS MOTION  

| 03/29/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |

Reason: STATUS - TRIAL DATE  
Result: CONTINUED - DEFENDANTS MOTION

## DOCKET LISTING

| Case Number | Entitlement | Filing Date | Case Status |
|---|---|---|---|
| 17CF001310 | PEOPLE VS. HINES, DOMENIQUE D | 12/19/2017 | CLOSED |
| | | DCN: L74530604 | |

| Date | Code | Judge | Clerk |
|---|---|---|---|
| 04/06/2018 | 304 | PRATHER, SHARON L. | JUDY CARLSON |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 04/16/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 04/30/2018 | 304 | PRATHER, SHARON L. | HEATHER VOSKA-HARTWIG |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 05/07/2018 | 304 | PRATHER, SHARON L. | SALLY MILLER |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 05/10/2018 | 304 | PRATHER, SHARON L. | SALLY MILLER |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 05/17/2018 | 304 | PRATHER, SHARON L. | SANDY GARDNER |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 05/24/2018 | 304 | PRATHER, SHARON L. | JUDY CARLSON |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 06/04/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: CONTINUED - DEFENDANTS MOTION | | | |
| 06/08/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: ALLOWED - CONTACT VISIT | | | |
| 06/08/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: ALLOWED - EVIDENCE DESTRUCTION/RETURN OF | | | |
| 06/08/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: JUDGMENT - COSTS AND FEES | | | |
| 06/08/2018 | 304 | PRATHER, SHARON L. | MARY KRIKORIAN |
| Reason: STATUS - TRIAL DATE | | | |
| Result: ** JUDGMENT - CONVICTION | | | |
| 06/13/2018 | 304 | PRATHER, SHARON L. | STACEY COLLINS |
| Reason: MOTION - ADD ON | | | |
| Result: ALLOWED - CONTACT VISIT | | | |
| 06/13/2018 | 304 | PRATHER, SHARON L. | STACEY COLLINS |
| Reason: MOTION - ADD ON | | | |
| Result: ALLOWED | | | |