STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

FILED
JAN 11 2018
KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

PEOPLE OF THE STATE OF ILLINOIS  )
                                 )
VS.                              )
                                 )
DOMENIQUE D HINES                )  No. 17CF001310
DOB:                             )  Report No. CLPD-17-024223
                                 )  Agency: CRYSTAL LAKE POLICE DEPARTMENT
CRYSTAL LAKE, IL 60014

EXHIBIT
01-06-2021
3
20-mj-04300-DHH

## BILL OF INDICTMENT

### Count I

The Grand Jury charges:

That on or about August 11, 2017, in McHenry County, State of Illinois, Domenique D. Hines, defendant, committed the offense of CHILD PORNOGRAPHY, in that the said defendant, knowingly solicited H.W., a child whom the defendant knew or reasonably should have known to be under the age of 18 years to appear in a film or videotape in which H.W. would be depicted or portrayed in any pose, posture or setting involving the lewd exhibition of the unclothed or transparently clothed genitals, pubic area, buttocks, or a fully or partially developed breasts of the child, in violation of Chapter 720, Section 5/11-20.1 (a)(4)

Class X Felony

(Pursuant to Chapter 720, Section 5/11-20.1(c) of the Illinois Compiled Statutes, the court shall impose a fine in the minimum amount of $2,000.00 and a maximum amount of $100,000.00.)

(Pursuant to Chapter 730, Section 5/5-8-4(d)(2.5) of the Illinois Compiled Statutes, the court shall impose mandatory consecutive sentences if the defendant is convicted of a violation of child pornography.)

### Count II

The Grand Jury charges:

That on or about August 11, 2017, in McHenry County, State of Illinois, Domenique D. Hines, defendant, committed the offense of CHILD PORNOGRAPHY, in that the said defendant, knowingly solicited H.W., a child whom the defendant knew or reasonably should have known to be under the age of 18 years to appear in a photograph in which H.W. would be depicted or portrayed in any pose, posture or setting involving the lewd exhibition of the unclothed or transparently clothed genitals, pubic area, buttocks, or a fully or partially developed breasts of the child, in violation of Chapter 720, Section 5/11-20.1 (a)(4)

Class 1 Felony

(Pursuant to Chapter 720, Section 5/11-20.1(c) of the Illinois Compiled Statutes, the court shall impose a fine in the minimum amount of $2,000.00 and a maximum amount of $100,000.00.)

CERTIFIED COPY - McHenry County Circuit Clerk - INDICTMENT - 12/04/2020 - 09:00:20 AM - 17CF001310 - Transaction 1006461

Case 1:21-cr-10011-WGY   Document 29-3   Filed 01/29/21   Page 2 of 4

Page 2 of 4

## Count III

The Grand Jury charges:

That on or about August 11, 2017, in McHenry County, State of Illinois, Domenique D. Hines, defendant, committed the offense of CHILD PORNOGRAPHY, in that the said defendant, with the knowledge of the nature or other content thereof, possessed an image, being cplAaDuCXNh214nq0px6PzH0OzzHgC.jpeg, of a child whom the defendant knew or reasonably should have known the child to be under the age of 18, depicted or portrayed in any pose, posture or setting involving the lewd exhibition of the unclothed or transparently clothed genitals, pubic area, buttocks, or a fully or partially developed breasts of the child, in violation of Chapter 720, Section 5/11-20.1 (a)(6)

Class 1 Felony

(Pursuant to Chapter 720, Section 5/11-20.1(c) of the Illinois Compiled Statutes, the court shall impose a fine in the minimum amount of $2,000.00 and a maximum amount of $100,000.00.)

## Count IV

The Grand Jury charges:

That on or about August 23, 2017, in McHenry County, State of Illinois, Domenique D. Hines, defendant, committed the offense of INDECENT SOLICITATION OF A CHILD, in that the said defendant, a person of the age of 17 years and upwards, knowingly discussed an act of sexual conduct or sexual penetration with H.W. by means of the Internet with the intent that the offense of Aggravated Criminal Sexual Abuse be committed, in violation of Chapter 720, Section 5/11-6(a-5) of the Illinois Compiled Statutes.

Class 3 Felony

## Count V

The Grand Jury charges:

That on or about August 11, 2017, in McHenry County, State of Illinois, Domenique D. Hines, defendant, committed the offense of GROOMING, in that the said defendant knowingly used a computer online service, Internet service, local bulletin board service, or any other device capable of electronic data storage or transmission to seduce, solicit, lure or entice H.W., a child, to commit a sex offense, to distribute photographs depicting the sex organs of the child, or to otherwise engage in any unlawful sexual conduct with a child, in violation of Chapter 720, Section 5/11-25(a) of the Illinois Compiled Statutes.

Class 4 Felony

A TRUE BILL

_____
Foreperson

CERTIFIED COPY - McHenry County Circuit Clerk - INDICTMENT - 12/04/2020 - 09:00:20 AM - 17CF001310 - Transaction 1006461
Page 3 of 4

# LIST OF WITNESSES

<u>DETECTIVE DAVID EITEL</u>

## STATE OF ILLINOIS

### IN THE CIRCUIT COURT OF THE 22nd JUDICIAL COURT

### McHENRY COUNTY, ILLINOIS

The within indictment returned in open court on <u>JANUARY 11, 2018</u>.

Total bail set, ~~with warrant of arrest ordered to issue~~ <u>$250,000.00 jail</u>.

_____ JUDGE

CERTIFIED COPY - McHenry County Circuit Clerk - INDICTMENT - 12/04/2020 - 09:00:20 AM - 17CF001310 - Transaction 1006461
Page 4 of 4

Case 1:21-cr-10011-WGY   Document 29-3   Filed 01/29/21   Page 4 of 4

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 22nd JUDICIAL CIRCUIT
McHENRY COUNTY

PEOPLE

vs.

HINES, DOMENIQUE D

Case Number: 17CF001310

Document Date: 1/11/2018
Document Type: INDICTMENT
Number of Pages: 4

## CERTIFICATION

I, Katherine M. Keefe, Clerk of the 22nd Judicial Circuit Court, McHenry County, Illinois, do hereby certify the attached correct copy as it appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE December 4, 2020

*Katherine M. Keefe*

KATHERINE M. KEEFE
Clerk of the Circuit Court
22nd Judicial Circuit
McHenry County, Illinois