UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| ] | |
| V.                       ] | Cr. No. 21-10011-WGY |
| ] | |
| ] | |
| DOMENIQUE HINES          ] | |

## ASSENTED TO MOTION TO CONTINUE TRIAL

The defendant, by and through his attorney of record, respectfully requests the Court to continue the trial currently scheduled for May 17, 2022 and sets forth as reasons as follows:

1. This case is scheduled to be tried before a jury on May 17, 2022.

2. In December defense counsel underwent emergency surgery as was disabled and for immobilized for nearly nine weeks. As a result, counsel worked part-time from home and was unable to meet with the defendant at the facility or to devote sufficient trial preparation time to be ready to try this case in May. During that time, counsel's court matters in state and federal courts were continued.

3. Defense counsel requires additional time to meet with the defendant and to prepare to try this case in an competent and efficient manner.

4. The parties have conferred, and the government has assented to this request.

5. The parties will continue to confer on availability and to keep in touch with the deputy courtroom clerk.

6. The defendant agrees to waive all time under the Speedy Trial Act between May 17, 2022 and the new trial date.

WHEREFORE:  The defendant respectfully requests the Court to continue the trial to a future date convenient to the Court.

        Respectfully submitted,
By his attorney,

/s/ *James J. Cipoletta*

_____
James J. Cipoletta
MA Bar No. 084260
385 Broadway - Suite 307
Revere, Massachusetts 02151
Telephone 781.289.7777

April 6, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been filed on this date through the CM/ECF system and will be served electronically to registered CM/ECF participants as identified on the Notice of Electronic Filing (NEF).

/s/ *James J. Cipoletta*

_____
James J. Cipoletta