| | |
|---|---|
| United States v Domenique Dequon Hines | Plea: 09/26/2022 |
| 21-CR-10011 | Sentencing: 01/11/2023 |

Your honor,

We wanted to write you and provide you with more information on how the defendant's actions have affected our family.

As you are aware, in March of 2020 the global pandemic overtook our lives and sent many families into an unknown future. Our family is one of millions that had to pivot our daily routine and suddenly reevaluate our day-to-day activities to keep ourselves safe from the Covid-19 virus. While we focused on changing our way of life to keep us safe from the virus, we had no idea a bigger threat to our child's safety and well being was right inside our house, through the constant access to digital applications.

As many other families, we reduced our restrictions on "screen time" and social media for our two daughters as there was no other way for them to stay connected to their friends and their teachers. While we did our best to monitor their use, it became infeasible to know of every conversation and interaction they were having due to the new digital norm of our lives during lockdown.

Our daughter, minor A, like many others, had her life completely shut down in March of 2020. Her school closed. The facility where she spends countless hours a week perfecting her sport of competitive cheerleading shut down. Suddenly, instead of being constantly busy and focused on school and cheerleading, she found herself at home all day every day with none of her usual activities and friends. As March turned into summer and summer turned into fall, nothing returned to normal. She found herself starting the 2020-2021 academic year form a desk in her room, hooked up to a monitor for countless hours, as her school started the year fully remote. Our daughter had been holding onto hope, like everyone else, that some sort of normality would return with the fall school season.

As school started, it became clear that she would not be returning to in-person school for a while, and her after school activities were drastically cut back or dropped completely. She began to show more signs of depression and felt helpless with no control over any aspect of her life in lock down. Her life went from engaging with people daily to relying entirely on digital mediums to interact with her peers, teachers, coaches, and friends. Social media became a big crutch in her life to pass the time and to engage with others outside her immediate household. As a young impressionable teen, we all know this was not healthy to spend so much time online, but there really was not any other options as going outside and visiting friends or going to the gym were severely restricted.

This was the absolute worst time for her to encounter the defendant. Spending time on social media to pass the time, or just communicate with others, was a key part of life during the pandemic and was impossible to fully monitor and control. She was vulnerable to influence, was lonely from the forced isolation, felt like she had no control of her life, and was craving real connections with people.

The defendant knew this and preyed on her loneliness and need for friendship. The defendant was cunning and manipulative to our daughter and convinced her he was a friend for life and could be trusted. He coerced our daughter into doing things she was not old enough to consent to, and he was fully aware of her age as a minor. He also fully knew that her parents did not know about their online relationship and wanted to control her other relationships to isolate her to be more dependent upon him. He needed to be constantly aware of where she was and what she was doing and demanded that she stay in contact with him constantly.

United States v Domenique Dequon Hines  Plea: 09/26/2022
21-CR-10011  Sentencing: 01/11/2023

Our daughter will never know what the defendant did with the images of her she provided him, sharing them believing he was a friend and could be trusted, not knowing he had ulterior motives. She was betrayed by him and was depressed and untrusting of others for a long time after she found out his true nature and intent. Our daughter will forever regret and feel ashamed for what happened with the defendant even though she never did anything wrong but trust him.

And as her parents, we have felt everything she felt and have suffered along with her.

In the two years since the crime took place, our daughter has matured and recovered from the shock and pain of the abuse she endured. She is a young, strong, beautiful teenager full of hopes and dreams. Unfortunately, the trauma of this nature will stay with her forever, and still to this day does not feel comfortable to testify in court or even face her abuser in person. The guilt, shame, and embarrassment still run deep. As her parents, we did not want to have her suffer additional trauma or regress into depression again, especially since she has made great progress on moving on with her life. So, we have agreed to a lesser charge as we feel the defendant will still be held accountable for his actions and can spare our daughter the pain of a trial.

The defendant knew full well that his interactions with our daughter is a crime. When our daughter told him in a text that she was fourteen, and specifically asked if that would be a problem, the defendant said it was not a problem at all. Nor did he change his actions or engagement with our daughter once he did know her age. He continued to groom here and solicit photos of her. This clearly shows a disregard for the rule of law, and even worse, the preying on our youth for his personal enjoyment and gain was acceptable to him.

We were informed of his prior conviction for a similar offense, and that he was recently taken off probation before the interaction with our daughter. This pattern clearly shows the defendant would do this again, does not have respect for laws, our youth, and that his word cannot be trusted.

As you consider the defendants sentencing, we ask that you take our daughters suffering as well as her wishes into consideration. She wishes to never see, hear, or be contacted from the defendant for the rest of her life. She also requests that the government ensure that he cannot do this to another vulnerable person ever again.

We trust your judgement in this matter will be just and right and thank you for taking the time to read this letter and consider it fully.


Sincerely,

Minor A's parents