Dear Judge Young,                                                                                                    1/8/2023

My name is Tamara Monique Hines-Avery. Everyone calls me Monique. I am Domenique Hines Mother. To kinda give you a small part of Domenique's upbringing. I was a single parent from the start. When I informed Domenique's father I was pregnant his father told me to have an abortion well I didnt and dont believe in abortion so I said no I will raise Domenique on my own. When Domenique was born I then became a 20 yr old mother working full-time, going to school full-time and being a full-time single parent. It was harder than I truly thought but I committed to being the best parent I can be no matter what. With the help of my mother who was also a single parent to me. Being a angle parent was not easy for me but I decided that I needed to leave my mother's house and try to live on my own with just Domenique and I. Idid hit a couple rough patches when I did that and had to move back in with my mom a few times. I have raised Domenique in the church from the time he was born until he was an adult and was an adult who was able to make the decision on if he wanted to still have a relationship with God or not. Domenique has had his share of mistakes just as I have, he walked away from God because he was afraid of the calling that God had on his life and I know that is not something that is completely easy to accept as a 17/18 year old young man. When Domenique was about 5 ½ I married my 1st husband there was no type of connection with Domenique. Domenique needed and so much longed to have a father figure to be there to have those conversations with me that I as a woman could not have with him because I am not a male. I could just teach and let him know how to treat a woman. My 1st husband separated on our 1 year anniversary and I did not divorce my 1st husband until a week before I married my 2nd husband due to circumstances. I met my 2nd husband in June 2007 and he and Domenique connected almost right away. I could not leave without Domenique or my boyfriend at the time crying because they wanted to spend more time together. Domenique and I travel to Green Bay, WI every other weekend or he would travel to Illinois on the opposite weekends of us not traveling to Green Bay to see him. Domenique had the father figure he had dreamed of having with his younger 3 brother's father. They became a duo that I couldn't come in between. When I found out I was expecting my 2nd child Domenique along with the father (this being his 1st child) was happy as Domenique has always wanted a younger sibling for a long time. Little did Domenique or I know that their relationship would go down the drain. I married my 2nd husband May 31,2008 and Domenique was my fiance best man. When his little brother arrived less than 3 months after the wedding Domenique was still happy about his lil brother being here. Domenique would make sure to spend time with him holding him before we would leave to take him to school and also when he would get home from school before, after he would do his homework and also Domenique would spend time with his lil brother until he had to go to bed for the night and this would be repeated every single day. Domenique had this bond and connection with each one of his brothers although the relationship with my husband (at the time) got extremely violent with him and Domenique, Domenique never let that change his bond he had with his brothers. AJ 14 yrs old has so many traits like Domenique including but not academically, athletically and musically. They can play any sport they put their mind to. They both play drums, piano keyboard, saxophone and guitar. They are also both very smart and have to not study for anything in school. They also both know spanish. Aj knows alot more because AJ has been in dual language since kindergarten. Chrystian !3 yrs old is a splitting image of Domenique although

they have different fathers. Domenique has taught Chrystian how to play guitar. They are both athletic and Domenique tells Chrystian that he's not as fast or faster than him which I have the video to prove that Chrystian was right behind him when they raced at Domenique's 1st church picnic he attended when he got out of prison in Sept 2020. They both have a speech impediment also which is something that runs on my side of the family. Then last and definitely the least Jeremyah 10 yrs old. When we went to pick Domenique up from prison in Sept. 2020 the very next day he started applying for jobs because he saw how hard it was being a single parent again but not just 1 child but 3 growing boys living in a 1 bedroom apartment. When Domenique came home they were two peas in a pod. When Covid happened and I had to go back to work and the schools completely shut down and they had to go remote learning, Domenique had to adapt to being back out in the world, meaning getting back to how to live outside of prison. So it was a total shock to Domenique having to come out and get a job the 1st week of being out in the world getting a job working 2nd shift 3:30 pm to 12am and having to help his brothers with school cook meals for them during the day and them come home at 12:30am and got to sleep to do it all over again the next day. Within 3 weeks of employment Domenique got hired on with the company and was no longer employed through a temp agency and then was offered a supervisor position with the company. With Domenique being offered a position with the company Domenique's hours would change and he would work from 3:30pm to 3:30 am which then became hard on e because I would have to wake out of my sleep to go pick him up from work because his girlfriend Samantha at the time lived a whole 35 mins one way away from his job. Samantha and I however did establish a schedule so one wouldn't be the one doing all the sacrifice. All Domenique's life consisted of after being released from prison was helping me with bills, trying to get a bigger place for all of us to live together. Domenique was checking in every single week at the police station as he was required to for the sex offender program. When he went to go check in on Dec 3rd 2020 I was at work and my mom took him to check in because I was at work and didn't get off in time to take him. On previous time before when Domenique went to go check in the police officer tried to violate him because he came the day after he was suppose to check in and every time he went the day after it was because it was a holiday and they were not open so they were told to check the security cameras and they would see they he would indeed see he was there at the time he said he was there because he was not allowed to come not even a day earlier.Domenique promised me even before he was released from prison in Sept that he would never return there because it wasn't a place he enjoyed being. He also made that promise to all 3 of his brothers. Domenique was doing so well and working hard everyday to do better. When the officer came out to my mom's car to let them know that Domenique had been arrested all of his brothers were terrified and Jeremyah couldn't even talk. He was crying and hyperventilating. AJ called me while I was at work and told me the little that they knew about what was going on. I told my supervisor that I had a family emergency and I needed to leave. When I finally was able to speak with Domenique on the phone I asked him for his passwords and he also from the moment i spoke to him admitted he didn't do what he is being accused of. Domenique immediately gave me his passwords with no hesitation. When Domenique was hiding something from me he would either hesitate giving me his password or would take time to give me his phone or password because he didn't want me to see things. I know Domenique has made mistakes in his 25 yrs of living

and so have I. Mistakes that Domenique or I are proud of and he feels that every single day of his life and has to live with the mistakes he has made for the rest of his life.

Judge Young, Domenique is a very important part in his brothers, his grandparents and my life especially. For 12 yrs of Domenique;s life it was Domenique and I against the world and we have an unbreakable bond although I have 3 other boys. He changed my life and made me a parent at the age of 20. He didn't ask to be here and I have done the best I can as another and I have also made mistakes raising him along with making mistakes raising his brothers as well. Seeing this life doesn't come with an instruction manual and I still 25 yrs later do the best I can by Domenique and his brothers. With Domenique being arrested for this last situation all 3 of his brothers are suffering from depression. AJ is not only suffering from depression he has also tried cutting himself because he has been stressed with Domenique not being here for him to talk to about things that he is going through as a 14 yrs old teenager.
Domenique has so much to offer people that come in contact with and also Domenique wanted to go back to school. He wanted to go to school to be a surgeon but with him being in prison he can no longer pursue that career, He has wanted to do more non for profit business and has asked me if I would help him because wit my background of being in warehouse and doing logistics, shipping and handling, CSR work and I told him I would of course help him with anything positive he has going or what he would like to start to make residual income. We were slowly looking into how to start a non for profit organization to cancer seeing that Cancer runs very high in my family breast cancer for the women from my maternal grandmother, my mom;s younger sister and then my mom found out in 2015 that they found cancer in her breast which hit Domenique and I hard because my mom was Domenique and I's backbone me being an only child. It was my mom, Domenique and I for 12 yrs and even after I married my 2nd husband my mom still shared a house with us until April 2016 when we separated and lived apart.


Thank you for taking time out of your busy schedule to read just a little bit of my son Domenique DeQuon Hines. Domenique has a very sweet heart and is very giving to anyone he comes in contact with. He is not out to heart anyone. I am speaking that from experience. He is a lover and not a fighter. Domeique is a protector and will try very hard to talk to everyone and make the laugh. He is a soft teddy bear.

God Bless,

Tamara Monique Hines-Avery
(815) 354-9340
msmonique2009z2yahoo.com

Dear Judge, 12-30-22

My name is AJ. I'm 14 years old and a freshman in high school. I need my older brother because I have no dad and no male father figure or anyone to look up to so I've had to try and figure out manhood by myself. And since my mom is is the only one working, no one else provides for me and my mom and my 2 other brothers. So with my brother Domenique home he helped support all of us. He's also a huge part of our mental state. As I said before, I have no male figure to look up to. So when I sit and actually think about that, I start having mental breakdowns. When he was here he always knew what to say. But since he's not here, I've started to have more mental breakdowns. I would really appreciate it if he was able to come home. It would mean the WORLD TO ME!!!!

Sincerely
Domenique's younger
(and cooler) brother: AJ

12/30/22

Dear: Judge Young

Hi Judge Young, I am Chrystian Avery. I am a 13 year old 8th grade student at hannah beardsly middle school. I'm also Domenique Hines's younger brother. And I really need him home. I say that because I need a father figuer in my life. And domenique took that spot while my dad left. When my dad was here he didn't show me and my brothers how to treat a women. So Domenique steppered in and showed us how to treat a woman. Also, because he would make time out of his busy day to check up on me and saw if I did my homework. And he always promise when me and my brother were done with our homework. He would take us to the basketball curt or the football field to help us get better at our sports. So can you do what you can to bring my brother home. We all need him.

From:
Chrystian Avery

12-30-22

Dear Judge Young

My name is Jeremyah I am ten years old and I'm Domenique's youngest brother I think that Domenique should come home because it's been hard on my brothers and I without our role model. Also because it's important to make memories as a family and grow closer as a family. Last it feels like something has been missing in our family. That is why I think Domenique should come home.

Sincerely, Jeremyah :)