1                    UNITED STATES DISTRICT COURT

2                  DISTRICT OF MASSACHUSETTS (Boston)

3                                  21cr10011-WGY

4

5

6

7

8        * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                               *
9        United States vs. Domenique Dequon Hines*
                                                               *
10       * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

11

12                          Judge's Findings

13

14

15          BEFORE:  Honorable Judge William G. Young

16

17

18                        Richard H. Romanow
19                       Official Court Reporter
                     United States District Court
20                        1 Courthouse Way
                     Boston, Massachusetts 02210
21
                     Wednesday, January 11, 2023
22

23

24

25

1       THE COURT:  Mr. Domenique Dequon Hines, pursuant

2   to 18 United States Code Section 3553(a), the

3   information from the United States Attorney, your

4   attorney, the probation officer, and yourself, this

5   Court sentences you to 19 years in the custody of the

6   United States Attorney General -- 228 months.  You'll be

7   given credit for the time from December 8th, 2022 toward

8   the service of that sentence.  The Court will make the

9   judicial recommendation that you be confined in a bureau

10   of prisons facility that offers sex offender treatment.

11       Thereafter the Court imposes upon you 5 years of

12   supervised release with all the general and special

13   conditions set forth on Pages 20 through 22 of the

14   presentence report.  The very first of those special

15   conditions being that you must not knowingly have any

16   contact, direct or indirect, with Minor A.

17       The Court imposes upon you no fine due to your

18   inability to pay a fine.  The Court imposes the $100

19   special assessment as required by the law.  The Court

20   imposes a JVTA assessment of $5,000.

21       The Court sets or the Court affords the government

22   90 days from this date to advise it whether restitution

23   is sought and in what amount.

24       Forfeiture is decreed as set forth in Paragraph 7

25   of the plea agreement.

1        Let me explain the sentence, sir.  Now this is a

2    C-plea and within certain parameters it was all

3    bargained out, but the ultimate sentence is my sentence

4    and I take full responsibility for it, both for adopting

5    it and imposing it.  There is no excuse for what you've

6    done, no possible excuse for these horrid, repulsive,

7    inconceivably dangerous acts in which you have engaged

8    repetitively.  The primary driver of this sentence is

9    the need to protect the people of the United States from

10    your conduct.  Special deterrence.  We send you away

11    because I have no assurance, none, that you would not

12    engage further in this type of conduct.

13        Now that said, there is much to what Mr. Cipoletta

14    has ably argued on your behalf.  You do need treatment,

15    sir.  He says you acknowledge it.  I pray that you do.

16    My recommendation is a serious one and I expect the

17    bureau of prisons to take it seriously.  You are to be

18    afforded such treatment as is available.  Likewise,

19    during the period of your supervised release, these

20    special conditions provide for such treatment.  And I --

21    insofar as it is within my capacity, I will see that

22    that treatment is afforded you.  But with that said,

23    this is absolutely a fair and a just sentence.

24        You have the right to appeal from any findings or

25    rulings the Court has made against you.  Should you

1   appeal and should your appeal be successful in whole or

2   in part and the case remanded, you'll be resentenced

3   before another judge.  Mr. Cipoletta, if an appeal is

4   decided upon, you want transcript, seek it from this

5   section of the court because I'll turn it around right

6   away.  Do you understand?

7        MR. CIPOLETTA:  I do, your Honor.

8        THE COURT:  Very well.

9        MR. CIPOLETTA:  Your Honor, may I inquire of the

10   Court, and I'm not sure if I heard it.  I think

11   Mr. Hines has been in custody since 2020.  I'm not sure

12   that that --

13        THE COURT:  Didn't I say it?

14        MR. CIPOLETTA:  I may have misheard it as 2022.

15        THE COURT:  I meant it to be December 3, 2020.

16        MR. CIPOLETTA:  Thank you, your Honor.

17        MS. SULLIVAN JACOBUS:  That was one of the things

18   I wanted to clarify.  And the second is, pursuant to the

19   plea agreement, now that the Court is imposing the

20   sentence, the United States would agree to dismiss the

21   one-count indictment charging Mr. Hines with the sexual

22   exploitation of children in violation of 18 USC Section

23   2251(a) and (e), your Honor.

24        THE COURT:  That being the agreement, it is

25   dismissed.  He remanded to custody.

1          We'll recess.

2          (Ends, 2:50 p.m.)